GRODSKY & OLECKI LLP
Allen B. Grodsky (SBN 111064)
allen@thegolawfirm.com
John J. Metzidis (SBN 259464)
john@thegolawfirm.com
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendant
Hugfun International, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KELLYTOY WORLDWIDE, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HUGFUN INTERNATIONAL, INC. a/k/a Hugfun Int'l Inc., a Hong Kong entity of unknown form, BJ'S WHOLESALE CLUB, INC., a Massachusetts corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-07652-MWF-MAA <br><br> Before the Hon. Michael W. Fitzgerald, U.S. District Judge <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) FILED BY DEFENDANT HUGFUN INTERNATIONAL, INC.** <br><br> [*Memorandum of Points & Authorities and Proposed Order filed concurrently herewith*] <br><br> Hearing <br> Date: November 4, 2019 <br> Time: 10:00 a.m. <br> Place: Courtroom 5A <br> First Street U.S. Courthouse <br> 350 W. First Street <br> Los Angeles, California 90012 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 4, 2019, at 10:00 a.m. or as soon thereafter as the matter may be heard before the Hon. Michael W. Fitzgerald in Courtroom 5A of the First Street U.S. Courthouse, located at 350 W. First Street, Los Angeles, California 90012, Defendant Hugfun International, Inc. ("Hugfun" and "Defendant") will and hereby does move to dismiss the Complaint filed by Plaintiff Kellytoy Worldwide, Inc. ("Kellytoy" and "Plaintiff") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is made on the grounds that the Complaint fails to identify adequately a protectable trade dress, and on the grounds that, even as alleged, the purported trade dress is functional and thus not protectable.

This motion is and will be based upon this notice of motion and motion, the concurrently lodged proposed order (attached hereto), the concurrently filed memorandum of points and authorities, the pleadings and papers on file with the Court, and any argument or evidence that may be presented to or considered by the Court at or prior to its ruling.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 24, 2019.

Dated: October 2, 2019                Respectfully submitted,

                                       GRODSKY & OLECKI LLP
                                         Allen B. Grodsky
                                         John J. Metzidis

                                       By:    /s/ John J. Metzidis
                                                  John J. Metzidis

                                       Attorneys for Defendant
                                       Hugfun International, Inc.