UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KELLYTOY WORLDWIDE, INC., a California corporation,

Plaintiff,

vs.

HUGFUN INTERNATIONAL, INC. a/k/a Hugfun Int'l Inc., a Hong Kong entity of unknown form, BJ'S WHOLESALE CLUB, INC., a Massachusetts corporation, and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:19-cv-07652-MWF-MAA

Before the Hon. Michael W. Fitzgerald, U.S. District Judge

**ORDER APPROVING STIPULATION TO SET ASIDE DEFAULT OF DEFENDANT BJ'S WHOLESALE CLUB, INC.**

Order to Show Cause Hearing
Date: November 18, 2019
Time: 11:30 a.m.
Place: Courtroom 5A
First Street U.S. Courthouse
350 W. First Street
Los Angeles, California 90012

**ORDER**

The Court, having reviewed the Stipulation To Set Aside Default of Defendant BJ's Wholesale Club, Inc. (the "Stipulation"), which was entered into by Plaintiff Kellytoy Worldwide, Inc., on one hand, and Defendant Hugfun International, Inc. and Defendant BJ's Wholesale Club, Inc., on the other hand, by and through their respective counsel of record, and good cause appearing therefor, ORDERS AS FOLLOWS:

1. The Stipulation is approved.

2. The default against Defendant BJ's Wholesale Club, Inc., entered by the Clerk on October 9, 2019 (Dkt. 18), is hereby set aside.

3. Defendant BJ's Wholesale Club, Inc. is hereby deemed, after the fact, to have joined in the motion to dismiss filed by Defendant Hugfun International, Inc. on October 2, 2019 (Dkt. 12).

4. The hearing on the Order to Show Cause Re Default Judgment scheduled for November 18, 2019 at 11:30 a.m. (Dkt. 20), is hereby vacated and no appearances will be necessary.

IT IS SO ORDERED.

Dated: November 12, 2019

Michael W. Fitzgerald
United States District Judge