1  GRODSKY, OLECKI & PURITSKY LLP
   Allen B. Grodsky (SBN 111064)
2  *allen@thegolawfirm.com*
   John J. Metzidis (SBN 259464)
3  *john@thegolawfirm.com*
   11111 Santa Monica Boulevard, Suite 1070
4  Los Angeles, California 90025
   Telephone:  (310) 315-3009
5  Facsimile:  (310) 315-1557

6  Attorneys for Defendants Hugfun
   International, Inc. and BJ's Wholesale
7  Club, Inc.

8

9              UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12

13 | KELLYTOY WORLDWIDE, INC., | Case No. 2:19-cv-07652-MWF-MAA
   a California corporation. AND
14 | KELLY TOYS HOLDINGS, LLC, a | Before the Hon. Michael W. Fitzgerald,
   Delaware limited liability company, | U.S. District Judge

15                Plaintiffs,

16         vs.                          **JOINT NOTICE OF SETTLEMENT**

17 HUGFUN INTERNATIONAL, INC.   Action filed:  September 4, 2019
   a/k/a Hugfun Int'l Inc., a Hong Kong   Trial:         June 29, 2021
18 entity of unknown form, BJ'S
   WHOLESALE CLUB, INC., a
19 Massachusetts corporation, and
   DOES 1 through 10, inclusive,
20
                  Defendants.
21

22

23

24

25

26

27

28

4735960.1
27183-836

TO THE HON. MICHAEL W. FITGERALD, U.S. DISTRICT JUDGE, AND THE HON. MARIA A. AUDERO, U.S. MAGISTRATE JUDGE:

Plaintiffs Kellytoy Worldwide, Inc. and Kelly Toys Holdings, LLC ("Plaintiffs") and Defendants Hugfun International, Inc. and BJ's Wholesale Club, Inc. ("Defendants"), through their respective counsel of record, hereby notify the Court that the parties have reached a settlement in this matter, subject to execution of a long-form written settlement agreement by all of the parties.

The long-form written settlement agreement has been fully drafted and awaits final signature by the parties.

The parties' counsel anticipate having the settlement agreement fully executed by Wednesday, November 25, 2020 (if not sooner), and that a stipulation of dismissal with prejudice will be filed within days thereafter.

The settlement agreement calls for the parties to file a stipulation of dismissal with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees. The settlement agreement is otherwise confidential.

Due to currently pending deadlines and discovery matters (including Dkts. 73 & 74), the parties respectfully request that the Court (1) vacate all deadlines in this case, and (2) set a deadline of 28-days out by which the parties must file the stipulation of dismissal or otherwise report to the Court on the status of the settlement.

Dated: November 20, 2020    Respectfully submitted,

FREEMAN, FREEMAN & SMILEY, LLP
  Todd M. Lander
  Mark B. Mizrahi

By: ___/s/ Mark B. Mizrahi (w/ permission)___
            Mark B. Mizrahi

Attorneys for Plaintiffs Kellytoy Worldwide, Inc. and Kelly Toys Holdings, LLC

-1-

Dated: November 20, 2020

GRODSKI, OLECKI & PURITSKY LLP
Allen B. Grodsky
John J. Metzidis

By: /s/ John J. Metzidis
John J. Metzidis

Attorneys for Defendants Hugfun International, Inc. and BJ's Wholesale Club, Inc.

### COMPLIANCE WITH LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: November 20, 2020    By: /s/ John J. Metzidis
John J. Metzidis

4735960.1
27183-836